AO 440   (Rev. 08/01) Summons in a Civil Action

# United States District Court
## District of the Northern Mariana Islands

LIYA LIU,
    Plaintiff

V.

XU LAN CORPORATION,
GUI LAN XU, AND
DOES 1-3,
    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-0032

TO: (Name and address of Defendant)

XU LAN CORPORATION
PMB 412 Box 10002
Saipan, MP 96950

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ramon K. Quichocho
LAW OFFICES OF RAMON K. QUICHOCHO, LLC
2nd Floor, V.S. Sablan Bldg, Chalan Piao
P.O. Box 505621
Saipan, MP 96950

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Galo L. Perez
CLERK

(By) DEPUTY CLERK

DATE: SEP 27 2007

%AO 440   (Rev. 08/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 9/28/07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Thomas K. Sablan | |

_Check one box below to indicate appropriate method of service_

☒ Served personally upon the defendant. Place where served: Pen Quin Bar Garapan

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $5.00 | $20.00 | $25.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/28/07
_Date_

_Signature of Server_

P.O. Box 503219
_Address of Server_

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.