AO 440   (Rev. 08/01) Summons in a Civil Action

# United States District Court
## District of the Northern Mariana Islands

LIYA LIU,
    Plaintiff

V.

XU LAN CORPORATION,
GUI LAN XU, AND
DOES 1-3,
    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07 - 0032

TO: (Name and address of Defendant)

GUI LAN XU
PMB 412 Box 10002
Saipan, MP 96950

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ramon K. Quichocho
LAW OFFICES OF RAMON K. QUICHOCHO, LLC
2nd Floor, V.S. Sablan Bldg, Chalan Piao
P.O. Box 505621
Saipan, MP 96950

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Galo L. Perez
CLERK

(By) DEPUTY CLERK

DATE: SEP 27 2007

AO 440 (Rev. 08/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 9/28/07 |
| NAME OF SERVER (PRINT) Thomas K. Sablan | TITLE |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: Pen Quin Bar Garapan

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $5.00 | $20.00 | $25.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/28/07          _Thomas K. Sablan_
                Date              Signature of Server

                                 P.O. Box 503219
                                 Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.