Ramon K. Quichocho, Esq.
CNMI Bar No. F0243
LAW OFFICES OF RAMON K. QUICHOCHO, LLC
2nd Floor, V.S. Sablan Building, Chalan Piao
P.O. Box 505621
Saipan, MP 96950
Tel. No.: 670.234.8946
Fax: 670.234.8920
Email: karissa129@gmail.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
OF THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LIYA LIU, | CASE NUMBER: 07-0032 |
| Plaintiff, | |
| vs. | PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT |
| XU LAN CORPORATION, GUI LAN XU, AND DOES 1-3, | |
| Defendants. | |

Plaintiff asks the Clerk of the Court to enter a default against defendants Xu Lan Corporation and Gui Lan Xu, as authorized by Rule 55(a) of the Federal Rules of Civil Procedure.

### A. INTRODUCTION

1. Plaintiff is Liya Liu; defendants are Xu Lan Corporation, Gui Lan Xu, and Does 1-3.

2. On September 27, 2007, plaintiff sued defendants for (a) FLSA Violation – Unpaid Overtime Compensation, (b) Violation of the MWHA (4 CMC § 9211, et seq.) – Unpaid Overtime Compensation; and (c) Breach of Written Contract.

3. On September 28, 2007, defendants Xu Lan Corporation and Gui Lan Xu (the "Defendants") were each served personally with a summons and a copy of plaintiff's complaint.

*1*
*Plaintiff's Request for Entry of Default*

Copies of the summons and return of service are attached as Exhibit "A." Defendants did not file any responsive pleading or otherwise defend the suit within the 20 days allowed.

4. As such, Plaintiff is entitled to entry of default.

## B. ARGUMENTS

5. The Clerk of the Court may enter a default against a party who has not filed a responsive pleading or otherwise defended the suit. FED. R. CIV. P. 55(a); *Hawaii Carpenters' Trust Funds v. Stone*, 794 F.2d 508, 512 (9th Cir. 1986).

6. The Clerk should enter a default against Defendants because Defendants did not answer within 20 days after September 28, 2007, the date of service. FED. R. CIV. P. 12(a)(1)(A).

7. Plaintiff meets the procedural requirements for obtaining an entry of default from the Clerk as demonstrated by the declaration of Ramon K. Quichocho. See the Declaration of Ramon K. Quichocho in Support of Plaintiff's Request for Entry of Default, which is incorporated herein by reference.

8. Because Defendants did not file a responsive pleading or otherwise defend the suit, Defendants are not entitled to notice of entry of default. FED. R. CIV. P. 55(a); *Hawaii Carpenters' Trust Funds v. Stone*, 794 F.2d at 512.

## C. CONCLUSION

Defendants were served with a summons and a copy of plaintiff's complaint on September 28, 2007. Defendants answers were due on October 18, 2007, but failed to file a responsive pleading or otherwise defend the suit.

This request for entry of default is supported by the Declaration of Ramon K. Quichocho in Support of Plaintiff's Request for Entry of Default.

For these reasons, plaintiff respectfully asks the Clerk to enter default against Defendants Xu Lan Corporation and Gui Lan Xu.

Respectfully submitted this 25th day of October, 2007.

LAW OFFICES OF RAMON K. QUICHOCHO, LLC

/s/RAMON K. QUICHOCHO, ESQ.
CNMI Bar No. F0243
Attorney for Plaintiff

%AO 440   (Rev. 08/01) Summons in a Civil Action

# United States District Court
## District of the Northern Mariana Islands

LIYA LIU,
    Plaintiff

V.

XU LAN CORPORATION,
GUI LAN XU, AND
DOES 1-3,
    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07- 0032

TO: (Name and address of Defendant)

XU LAN CORPORATION
PMB 412 Box 10002
Saipan, MP 96950

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ramon K. Quichocho
LAW OFFICES OF RAMON K. QUICHOCHO, LLC
2nd Floor, V.S. Sablan Bldg, Chalan Piao
P.O. Box 505621
Saipan, MP 96950

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Galo L. Perez
CLERK

(By) DEPUTY CLERK

DATE: SEP 27 2007



EXHIBIT A

◆AO 440   (Rev. 08/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 9/28/07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Thomas K. Sablan | |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: __Pen Quin Bar__ __Garapan__

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: ____

☐ Returned unexecuted: ____

☐ Other (specify): ____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $5.00 | $20.00 | $25.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __9/28/07__      __[signature] Thomas K. Sablan__
               Date                    Signature of Server

         __P.O. Box 503219__
         Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440   (Rev. 08/01) Summons in a Civil Action

# United States District Court
## District of the Northern Mariana Islands

LIYA LIU,
    Plaintiff

V.

XU LAN CORPORATION,
GUI LAN XU, AND
DOES 1-3,
    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07 - 0032

TO: (Name and address of Defendant)

GUI LAN XU
PMB 412 Box 10002
Saipan, MP 96950

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ramon K. Quichocho
LAW OFFICES OF RAMON K. QUICHOCHO, LLC
2nd Floor, V.S. Sablan Bldg, Chalan Piao
P.O. Box 505621
Saipan, MP 96950

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Galo L. Perez
CLERK

(By) DEPUTY CLERK

DATE   SEP 27 2007

≎AO 440  (Rev. 08/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 9/28/07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Thomas K. Sablan | |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Pen.Quin Bar Garapan

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $5.00 | $20.00 | $25.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/28/07     _____
              Date        Signature of Server

                          ₤ P.O.Box 503219
                          Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.