Ramon K. Quichocho, Esq.
CNMI Bar No. F0243
LAW OFFICES OF RAMON K. QUICHOCHO, LLC
2nd Floor, V.S. Sablan Building, Chalan Piao
P.O. Box 505621
Saipan, MP 96950
Tel. No.: 670.234.8946
Fax: 670.234.8920
Email: karissa129@gmail.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
OF THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LIYA LIU, | CASE NUMBER: 07-0032 |
| Plaintiff, | |
| vs. | DECLARATION OF RAMON K. QUICHOCHO IN SUPPORT OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT |
| XU LAN CORPORATION, GUI LAN XU, AND DOES 1-3, | |
| Defendants. | |

I, RAMON K. QUICHOCHO, do hereby declare and state as follows:

1. I am over eighteen (18) years of age, legally competent to testify, and have personal knowledge of the matters set forth herein.

2. I am the attorney for the Plaintiff in the above-referenced case.

3. On September 27, 2007, Plaintiff filed a Summons and Complaint and Demand for Jury Trial against Defendants Xu Lan Corporation, Gui Lan Xu, and Does 1-3.

4. On September 28, 2007, Defendants Xu Lan Corporation and Gui Lan Xu were served with a copy of the Summons and Complaint.

5. More than 20 days have elapsed since the date on which the Defendants were served with a copy of the Summons and a copy of the Complaint.

*1*
*Declaration of Ramon K. Quichocho in Support of Plaintiff's Request for Entry of Default*

6. Defendants' answers were due on October 18, 2007.

7. Defendants have failed to answer or defend as to Plaintiff's Complaint, or serve a copy of any answer or other defense.

8. This Declaration is executed in accordance with Com.R.Civ.P. 55 for the purpose of enabling the Plaintiff to obtain an entry of default against the Defendants for Defendants' failure to answer or defend as to the Plaintiff's Complaint.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed this 25th day of October, 2007, in Saipan, Commonwealth of the Northern Mariana Islands.

/s/RAMON K. QUICHOCHO
CNMI Bar No. F0243
Attorney for Plaintiff