F I L E D
Clerk
District Court

OCT 25 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LIYA LIU,  )  | CIVIL ACTION No. 07-0032 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ENTRY OF DEFAULT AS |
| ) | TO XU LAN CORPORATION |
| XU LAN CORPORATION, ) | AND GUI LAN XU |
| GUI LAN XU and DOES 1-3, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

BASED UPON the record herein, Fed.R.Civ.P. 4(h), 4 N.Mar.I. Code § 4334, and Fed.R.Civ.P. 55(a),

NOTICE IS HEREBY GIVEN that default is entered this day against defendants Xu Lan Corporation and Gui Lan Xu.

DATED this 25th day of October, 2007.

_____
GALO L. PEREZ
Clerk of Court