Ramon K. Quichocho, Esq.
CNMI Bar No. F0243
LAW OFFICES OF RAMON K. QUICHOCHO, LLC
2nd Floor, V.S. Sablan Building, Chalan Piao
P.O. Box 505621
Saipan, MP 96950
Tel. No.: 670.234.8946
Fax: 670.234.8920
Email: karissa129@gmail.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
OF THE
NORTHERN MARIANA ISLANDS

LIYA LIU,

    Plaintiff,

vs.

XU LAN CORPORATION, GUI LAN XU,
AND DOES 1-3,

    Defendants.

CASE NUMBER: 07-0032

AMENDED REQUEST FOR
AN ENTRY OF
JUDGMENT BY DEFAULT

TO: CLERK OF COURT

    PLEASE ENTER DEFAULT JUDGMENT against Defendants Xu Lan Corporation and Gui Lan Xu, jointly and severally, as follows:

| | |
|---|---|
| Unpaid overtime | $5,206.35 |
| Liquidated damage | $5,206.35 |
| Housing | $1,600.00 |
| Attorney's Fees | $1,880.00 |
| Costs | $625.00 |
| **TOTAL** | **$14,517.70** |

together with pre- and post-judgment interests on the total at the rate of 9% per annum from the date hereof.

This request is made pursuant to Com.R.Civ.P. 55(b)(1) and on the basis of the Declaration of Ramon K. Quichocho in Support of Request for an Entry of Judgment by Default, the Declaration of Liya Liu, and other records and files in this action.

Respectfully submitted this 25th day of October, 2007.

LAW OFFICES OF RAMON K. QUICHOCHO, LLC

/s/RAMON K. QUICHOCHO, ESQ.
CNMI Bar No. F0243
Attorney for Plaintiff