Ramon K. Quichocho, Esq.
CNMI Bar No. F0243
LAW OFFICES OF RAMON K. QUICHOCHO, LLC
2nd Floor, V.S. Sablan Building, Chalan Piao
P.O. Box 505621
Saipan, MP 96950
Tel. No.: 670.234.8946
Fax: 670.234.8920
Email: karissa129@gmail.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
OF THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LIYA LIU,<br><br>    Plaintiff,<br><br>vs.<br><br>XU LAN CORPORATION, GUI LAN XU, AND DOES 1-3,<br><br>    Defendants. | CASE NUMBER: 07-0032<br><br>DECLARATION OF RAMON K. QUICHOCHO IN SUPPORT OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT JUDGMENT |

I, RAMON K. QUICHOCHO, do hereby declare and state as follows:

1. I am over eighteen (18) years of age, legally competent to testify, and have personal knowledge of the matters set forth herein.

2. I am the attorney for the Plaintiff in the above-referenced case.

3. Defendants have failed to answer or defend as to Plaintiff's Complaint, or serve a copy of any answer or other defense.

4. On October 25, 2007, the Clerk of Court entered the default of Xu Lan Corporation and Gui Lan Xu. A copy of the entry of default is attached as Exhibit A.

5. I have spent over 9.4 hours, of which I only billed 9.4 hours to my Client, working on this case. I charge $200.00 per hour.

6. This Declaration is executed in accordance with Com.R.Civ.P. 55 for the purpose of enabling the Plaintiff to obtain an entry of judgment by default against the Defendants for Defendants' failure to answer or defend as to the Plaintiff's Complaint.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed this 25th day of October, 2007, in Saipan, Commonwealth of the Northern Mariana Islands.

/s/RAMON K. QUICHOCHO
CNMI Bar No. F0243
Attorney for Plaintiff

```
                                              FILED
                                                Clerk
                                            District Court

                                             OCT 25 2007

                                       For The Northern Mariana Islands
                                       By_____
                                              (Deputy Clerk)
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LIYA LIU, ) | CIVIL ACTION No. 07-0032 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ENTRY OF DEFAULT AS |
| ) | TO XU LAN CORPORATION |
| XU LAN CORPORATION, ) | AND GUI LAN XU |
| GUI LAN XU and DOES 1-3, ) | |
| ) | |
| Defendants. ) | |

BASED UPON the record herein, Fed.R.Civ.P. 4(h), 4 N.Mar.I. Code § 4334, and Fed.R.Civ.P. 55(a),

NOTICE IS HEREBY GIVEN that default is entered this day against defendants Xu Lan Corporation and Gui Lan Xu.

DATED this 25th day of October, 2007.

/s/ GALO L. PEREZ
Clerk of Court

AO 72
(Rev. 08/82)