F I L E D
Clerk
District Court

OCT 26 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| LIYA LIU, | ) | Civil Action No. 07-00032 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | DEFAULT JUDGMENT |
| | ) | |
| XU LAN CORPORATION, GUI LAN XU, and, DOES 1-3, | ) | |
| | ) | |
| Defendants | ) | |
| _____ | ) | |

    Default having been entered for a sum certain against defendants Xu Lan Corporation and Gui Lan Xu on October 25, 2007, pursuant to Fed.R.Civ.P. 55; and,

    A motion for entry of judgment by default having been filed this date and supported with a declaration of counsel as to the propriety of the default and default judgment and a declaration of plaintiff as to damages incurred by her; and, good cause appearing therefrom, NOW, THEREFORE,

IT IS ORDERED, ADJUDGED, AND DECREED that plaintiff shall have judgment against defendants Xu Lan Corporation and Gui Lan Xu, jointly and severally, in the amount of FOURTEEN THOUSAND FIVE HUNDRED SEVENTEEN and 70/100s DOLLARS ($14,517.70), plus interest thereon at the legal federal rate, calculated from the date of entry of this judgment.[1]

DATED this 26th day of October, 2007.

*Alex R. Munson*
ALEX R. MUNSON
Judge

---

[1] Costs and attorney's fees have been subsumed in the judgment itself, and so have not been awarded separately.

2